**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 18, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JULIA CARLENE DESHAW,

    Defendant - Appellant.

No. 25-8016
(D.C. No. 2:24-CR-00064-ABJ-4)
(D. Wyo.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **HOLMES**, Chief Judge, **TYMKOVICH** and **BACHARACH**, Circuit Judges.

_____

Julia Carlene Deshaw pleaded guilty to conspiracy to distribute methamphetamine and possession with intent to distribute methamphetamine and received a sentence at the low end of the advisory sentencing guidelines range. She filed a notice of appeal.

Ms. Deshaw's plea agreement contains an appeal waiver, which the government now moves to enforce under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). Ms. Deshaw responds, "that she does not object to the dismissal of this appeal pursuant to the government's Motion to Enforce Appeal

_____

    [*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Waiver." Resp. at 1. Based on Ms. Deshaw's non-opposition, we grant the government's motion and dismiss this appeal.

Entered for the Court

Per Curiam
